■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MARKS, Appellant. [651 NYS2d 907] —Appeal by the defendant from two judgments of the County Court, Suffolk County (Dounias, J.), both rendered June 19, 1995.

Ordered that the judgments are affirmed (*see, People v Pellegrino*, 60 NY2d 636). Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MATTHEWS, Appellant. [651 NYS2d 921] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered January 5, 1996, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.